UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LISA MULLINS, on behalf of herself and on behalf of a Class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES Limited Partnership, a Delaware Limited Partnership,<br><br>Defendant. | Case No. 8:17-cv-01601-CJC (JDEx)<br><br>CLASS ACTION<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>[Note Changes by the Court]<br><br>Complaint Filed: September 14, 2017 |

Having reviewed the Parties' Stipulated Protective Order (Dkt. 26), the Court hereby grants the proposed Stipulated Protective Order submitted by the Parties except to the extent it is contrary to the Local Rules of this Court, in particular, Local Rule 79-5, which governs all procedures for filing or seeking to file material "under seal," and to the extent the Stipulated Protective Order purports to govern the

handling of any materials during trial, which shall be controlled by the procedures directed by the District Court Judge.

**IT IS ORDERED.**

Dated: January 10, 2019

_____
JOHN D. EARLY
United States Magistrate Judge