| | |
|---|---|
| 1 | RICHARD E. QUINTILONE II (SBN 200995) |
| 2 | ANDREW H. HAAS (SBN 276143) |
|   | **QUINTILONE & ASSOCIATES** |
| 3 | 22974 EL TORO ROAD, SUITE 100 |
|   | LAKE FOREST, CA 92630 |
| 4 | TELEPHONE: (949) 458-9675 |
|   | FACSIMILE: (949) 458-9679 |
| 5 | EMAIL: REQ@QUINTLAW.COM; AHH@QUINTLAW.COM; |

Attorneys for Plaintiff LISA MULLINS, on behalf of herself and on behalf of a Class of all other persons similarly situated.

JOSEPH S. LEVENTHAL (SBN 221043)
ELVIRA CORTEZ (SBN 275626)
**DINSMORE & SHOHL LLP**
6655 WEST BROADWAY, SUITE 800
SAN DIEGO, CA 92101
TELEPHONE NO. (619) 400-0500
FACSIMILE NO. (619) 400-0501
E-MAIL: JOSEPH.LEVENTHAL@DINSMORE.COM;
ELVIRA.CORTEZ@DINSMORE.COM

Attorneys for Defendant, GC SERVICES [*In Association with Counsel listed on Next Page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MULLINS, on behalf of herself and on behalf of a Class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES Limited Partnership, a Delaware Limited Partnership,<br><br>Defendant. | Case No. 8:17-cv-01601-CJC-JDE<br><br>**CLASS ACTION**<br><br>**Assigned to:**<br>**Hon. Cormac J. Carney**<br>**Courtroom 7C**<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT GC SERVICES LIMITED PARTNERSHIP**<br><br>Complaint Filed: September 14, 2017<br>Trial Date: August 6, 2019 |

1 | MARGARET J. MEIER (*pro hac vice*)
**THE RUDNICKI FIRM**
2 | 6305 Waterford Blvd., Suite 325
OKLAHOMA CITY, OK 73188
3 | TELEPHONE NO. (405) 445-7422
FACSIMILE NO. (405) 445-7421
4 | E-MAIL: MARGIE@RUDNICKIFIRM.COM

5 | Attorneys for Defendant, GC SERVICES

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-15.7, **PLEASE TAKE NOTICE** that the parties in the above-captioned matter have reached an agreement to settle all claims between Plaintiff LISA MULLINS and Defendant GC SERVICES LIMITED PARTNERSHIP. The parties are still in the process of memorializing the settlement. Plaintiff plans to dismiss her individual claims with prejudice within **sixty (60) days**, and to dismiss the class claims without prejudice within the next **60 days**.

The Parties respectfully request that the Court vacate all future hearings or deadlines regarding this case.

Dated: June 5, 2019          **QUINTILONE & ASSOCIATES**

By: */s/ Richard E. Quintilone, II*
RICHARD E. QUINTILONE II,
ANDREW H. HAAS
Attorneys for Plaintiff LISA MULLINS

Dated: June 5, 2019          **THE RUDNICKI FIRM**

By: */s/ Margaret Meier*
MARGARET J. MEIER
Attorneys for Defendant GC SERVICES, LP

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 5, 2019    By: */s/ Andrew H. Haas*
                              ANDREW H. HAAS